■ CO-OPERATIVE LOAN AND SAVINGS SOCIETY, Respondent, v. PATRICK J. McDERMOTT et al., Defendants, and UNITED STATES OF AMERICA, Appellant.—

The order on this decision shall be settled on 10 days' notice, and shall specify the terms and provisions to be contained in the judgment pursuant to this decision. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.